IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SAM THOMAS, III                                                                                           PLAINTIFF

V.                                          NO. 3:04CV00366 JWC

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                                              DEFENDANT

## JUDGMENT

Judgment is hereby entered in accordance with the Court's Memorandum and Order entered this date.  This case is hereby reversed and remanded for action consistent with the Court's opinion.  This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 17th day of January, 2006.

_____
UNITED STATES MAGISTRATE JUDGE